IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DIANA ROSA RODRIGUEZ ITURRALDE, as Next Friend on behalf of OSBIEL PEREZ-MARTINEZ,

Petitioner,

vs.

CHIEF FOLEY, Jail Administrator, Phelps County Jail, et al.,

Respondents.

8:26-CV-596

ORDER

The petitioner seeks immediate release from U.S. Immigration and Customs Enforcement custody in the Phelps County Jail in Holdrege, Nebraska. Rule 1(b) of the Rules Governing Section 2254 Proceedings for the United States District Courts permits the Court to apply any or all of those rules to habeas corpus petitions arising under 28 U.S.C. § 2241. The Court chooses to apply Rule 4, which requires the clerk to serve a copy of the petition and any order on the respondents or any other appropriate officers.

IT IS ORDERED:

1. For service of process on Respondent Chief Foley, Jail Administrator, Phelps County Jail, the Clerk of the Court is directed to complete a summons form and a USM-285 form using this address, as specified in Neb. Rev. Stat. § 25-510.02(2) for service upon a county:

Phelps County Clerk
PO Box 404
Holdrege, NE 68949

2. The Clerk shall then forward these completed forms, together with two copies each of the Petition (filing 1), the Court's Order to Show Cause (filing 5), and this Order, to the Marshals Service for service upon Respondent Foley by certified mail or other authorized method. *See* Fed. R. Civ. P. 4(e).

3. The United States Marshal shall serve process on Foley in this case without prepayment of fees from the petitioner.

Dated this 6th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge